■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS TORRES, Appellant

Defendant, who absconded, was sentenced, in absentia, to an enhanced promised sentence of 5 to 15 years. Sentence was executed on May 3, 1989, the defendant having been returned on a bench warrant.

Defendant sought to file a late notice of appeal May 19, 1989 from the December 13, 1985 judgment. Pursuant to CPL 460.30, the time within which to move for the filing of such a notice of appeal expired. The statutory time for taking an appeal expires 30 days from the date the sentence is imposed, not upon execution thereof. (People v Stevenson, 176 AD2d 516.) Accordingly the time period to file a late notice of appeal expired in January of 1987. Therefore, we find this court does not have jurisdiction to hear the appeal and accordingly the appeal is dismissed. Concur—Ellerin, J. P., Kupferman, Ross and Smith, JJ.